HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WIND AND WOOD CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:23-cv-01707-JCC<br><br>NOTICE OF SETTLEMENT WITH COUNTRY MUTUAL INSURANCE COMPANY AND COUNTRY CASUALTY INSURANCE COMPANY |

Plaintiff Wind and Wood Condominium Association ("Association") has settled its claims with Defendants Country Mutual Insurance Company and Country Casualty Insurance Company (hereinafter collectively "Country Mutual").

The Association and Country Mutual are in the process of perfecting settlement. The Association requests that the Court provide at least sixty (60) days to re-open the Association's suit against Country Mutual in the event settlement is not perfected.

///

///

///

///

NOTICE OF SETTLEMENT WITH COUNTRY MUTUAL INSURANCE COMPANY AND COUNTRY CASUALTY INSURANCE COMPANY - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

Dated the 3rd day of January, 2024.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff Wind and Wood Condominium Association***

NOTICE OF SETTLEMENT WITH COUNTRY MUTUAL INSURANCE COMPANY AND COUNTRY CASUALTY INSURANCE COMPANY - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, a copy of the foregoing *Document* and this *Certificate of Service* were served on counsel below as noted:

<u>Attorney for Defendants Country Mutual Insurance Company and Country Casualty Insurance Company:</u>

Keith M. Liguori
Davis Rothwell Earle & Xòchihua P.C.
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Email:
kliguori@davisrothwell.com
tjose@davisrothwell.com
twhitney@davisrothwell.com

☐ via US Mail
☐ via Legal Messenger
☐ via E-Mail
☒ via USDC ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 3rd day of January, 2024, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

NOTICE OF SETTLEMENT WITH COUNTRY MUTUAL INSURANCE COMPANY AND COUNTRY CASUALTY INSURANCE COMPANY - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660