THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WIND AND WOOD CONDOMINIUM ASSOCIATION,<br><br>            Plaintiff,<br>    v.<br><br>COUNTRY CASUALTY INSURANCE, *et al.*,<br><br>            Defendants. | CASE NO. C23-1707-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 10). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C23-1707-JCC
PAGE - 1

1   DATED this 30th day of January 2024.

2

3                                               Ravi Subramanian
                                                Clerk of Court
4
                                                s/Kathleen Albert
5                                               Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C23-1707-JCC
PAGE - 2